# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**G. DAVID HOLMES**                                                                                              **PLAINTIFF**
**#83087**

v.                                    Case No. 4:25-CV-00343-LPR

**URSULA VON DER LEYEN,** *et al.*                                                          **DEFENDANTS**

## ORDER

Plaintiff G. David Holmes filed this action *pro se*.[1] On April 23, 2025, the Court entered an Order directing Mr. Holmes to either pay the filing fee or file a complete application to proceed *in forma pauperis*.[2] The Court warned Mr. Holmes that his failure to comply with the Order would result in the dismissal of his Complaint without prejudice.[3]

In the Order, the Court noted that Mr. Holmes had provided an incomplete return address.[4] Nonetheless, the Court directed the Clerk to deliver the Order to Mr. Holmes at the address provided, in addition to maintaining a copy of the Order for Mr. Holmes in the Clerk's Office.[5] Predictably, Mr. Holmes's mail was returned undelivered.[6] Mr. Holmes has not complied with, or otherwise responded to, the Court's April 23rd Order, and the time for doing so has expired.

It is a plaintiff's obligation to provide the Clerk with a valid mailing address.[7] Because none has been provided, it would be futile to grant Mr. Holmes an extension of time to comply with the Court's instructions. Accordingly, Mr. Holmes's Complaint is DISMISSED without

---

[1] Compl. (Doc. 1).

[2] Order (Doc. 3).

[3] *Id*.

[4] *Id*.

[5] *Id*.

[6] *See* Doc. 4.

[7] Local Rule 5.5(c)(2).

prejudice pursuant to Local Rule 5.5(c)(2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 27th day of May 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE